IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAGNOLIA PEARL, LLC AND<br>MAGNOLIA PEARL TEXAS, LLC,<br>　　　　Plaintiffs,<br>v.<br><br>APT DESIGNS INC. D/B/A THE PAPER<br>LACE,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | A-24-CV-1098-RP |

**ORDER**

　　Before the court is Plaintiffs' Opposed Motion to Strike Defendant's Expert Designation of Wm. D'Arienzo (Dkt. 33) and all related briefing.[1] Plaintiffs argue that the expert designation of D'Arienzo should be stricken because the disclosure was submitted after the Case Management Order deadline and Defendant failed to comply with all the requirements of Rule 26. *See* Dkt. 33; FED. R. CIV. P. 26(a). Defendant argues that exclusion here would be disproportionate and reasonable cures to any prejudice have been offered. *See* Dkt. 34.

　　The court held a hearing on the motion on November 20, 2025. After considering the parties' written submissions, the applicable law, the case file as a whole, and the arguments made at hearing, the court, for reasons stated at the hearing, **DENIES** Plaintiffs' Opposed Motion to Strike Defendant's Expert Designation of Wm. D'Arienzo (Dkt. 33).

　　SIGNED November 20, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARK LANE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] This motion was referred to the undersigned for disposition by United States District Judge Robert Pitman pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Order dated Oct. 30, 2025.