IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MAGNOLIA PEARL, LLC and MAGNOLIA PEARL TEXAS LLC, <br><br>  Plaintiffs, <br><br> v. <br><br> APT DESIGNS INC. *d/b/a* THE PAPER LACE, <br><br>  Defendant. | § § § § § § § § § § § § | 1:24-CV-1098-RP |

## **ORDER**

On January 26, 2026, the Court requested by e-mail that the parties provide an update on the status of this matter, given that neither party filed a dispositive motion by the deadline of January 10, 2026 set by the Court, (Dkt. 41). No attorney has responded to the Court's request.

Accordingly, the parties are **ORDERED** to show cause **on or before March 2, 2026** as to the status of this matter. The parties may also file joint dismissal papers by this date.

**SIGNED** on February 23, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE